IRA L. GOTTLIEB (SBN 103236)
igottlieb@bushgottlieb.com
LISA C. DEMIDOVICH (SBN 245836)
ldemidovich@bushgottlieb.com
HECTOR DE HARO (SBN 300048)
hdeharo@bushgottlieb.com
BUSH GOTTLIEB, A Law Corporation
801 North Brand Boulevard, Suite 950
Glendale, California 91203-1260
Telephone: (818) 973-3200
Facsimile: (818) 973-3201

Attorneys for IBEW and IBEW Local 11

DWAYNE P. MCKENZIE (SBN 175162)
dmckenzie@coxcastle.com
KEVIN M. HANNIFAN (SBN 288135)
khannifan@coxcastle.com
COX CASTLE & NICHOLSON LLP
2029 Century Park E. Fl. 21
Los Angeles, CA 90067
Telephone: (310) 284-2200
Facsimile: (310) 284-2100

Attorneys for High-Light Electric, Inc.

**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS; INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL 11, <br><br> Petitioner, <br><br> vs. <br><br> HIGH-LIGHT ELECTRIC, INC., <br><br> Respondent. | CASE NO. 8:19-cv-01166-JVS (ADSx) <br><br> **ORDER FOR DISMISSAL WITH PREJUDICE** <br><br> Complaint Served: June 20, 2019 <br><br> **Judge: Hon. James V. Selna** |

## ORDER

The Joint Stipulation is approved. The entire action is hereby dismissed with prejudice.

DATED: December 6, 2019

_____
HON. JAMES V. SELNA
UNITED STATES DISTRICT COURT